In the Matter of AUGUSTUS STUDER, as Trustee of NEW JERSEY MIDLAND RAILWAY COMPANY, Appellant, against FRANK C. MOORE, as Comptroller of the State of New York, Respondent.

Argued November 30, 1948; decided January 6, 1949.

*Robert P. Beyer, Bernard Cowen* and *Harry Green* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*A. W. Feinberg, Wendell P. Brown* and *Thomas Burke* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.